| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>HOFFMAN INTERNATIONAL, INC,<br><br>                  Plaintiff,<br><br>      -against-<br><br>TEREX USA, LLC,<br><br>                  Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: __4/8/2022___<br><br><br><br>20 Civ. 8461 (AT) |
| TEREX USA, LLC, a Delaware limited<br>liability company,<br><br>                  Plaintiff,<br><br>      -against-<br><br>HOFFMAN INTERNATIONAL, INC, a New Jersey<br>corporation, d/b/a HOFFMAN EQUIPMENT CO.,<br><br>                  Defendant. | 22 Civ. 2681 (AT)<br><br>**<u>ORDER</u>** |

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' letter filed on April 6, 2022.  No. 20 Civ. 8461, ECF No. 36.  Accordingly, by **May 6, 2022**, the parties shall file their answers in the respective actions.

       Additionally, by **May 20, 2022**, the parties shall file, in the respective actions, a joint letter and proposed case management plan.  The joint letter shall include (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) any contemplated motions, and (3) the prospect for settlement.  For the joint proposed case management plan, the parties are directed to consult the Court's Individual Practices and model Case Management Plan and Scheduling Order, which are available at https://nysd.uscourts.gov/hon-analisa-torres.

       Counsel seeking pro hac vice admission shall file a separate motion for each docket.

       SO ORDERED.

Dated: April 8, 2022
       New York, New York

                                                   ANALISA TORRES
                                           United States District Judge