```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/28/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOFFMAN INTERNATIONAL, INC,

                Plaintiff,

   -against-

TEREX USA, LLC,

                Defendant.

20 Civ. 8461 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the Plaintiff's request to file an amended complaint. *See* ECF Nos. 50–53. Accordingly, Plaintiff's request is GRANTED. *See* Fed. R. Civ. P. 15(a)(1)(B). By **August 3, 2022**, Plaintiff shall file its second amended complaint. Accordingly, the pending motion to dismiss is DENIED as moot.

      By **August 24, 2022**, Defendant shall either (1) file an answer; (2) file a pre-motion letter for a new motion to dismiss in accordance with the Court's Individual Practices in Civil Cases; or (3) file a letter with the Court stating that it relies on the previously filed motions to dismiss.

      The Clerk of Court is directed to terminate the motions at ECF Nos. 47 and 51.

      SO ORDERED.

Dated: July 28, 2022
       New York, New York

                                      ANALISA TORRES
                               United States District Judge