UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOFFMAN INTERNATIONAL, INC,

           Plaintiff,

-against-

TEREX USA, LLC,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9/6/2022

20 Civ. 8461 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' letters dated August 30 and September 2, 2022. ECF Nos. 60, 61. Accordingly,

1. Plaintiff's request for leave to file a third amended complaint is GRANTED. By **September 20, 2022**, Plaintiff may file its third amended complaint.

2. Defendant's request for leave to file a motion to dismiss is GRANTED. By **October 25, 2022,** Defendant shall file its motion to dismiss. By **November 15, 2022**, Plaintiff shall file its opposition. By **November 29, 2022**, Defendant shall file its reply, if any.

       SO ORDERED.

Dated: September 6, 2022
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge