```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOFFMAN INTERNATIONAL, INC,

        Plaintiff,

-against-

TEREX USA, LLC,

        Defendant.

20 Civ. 8461 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated September 15 and 22, 2022. ECF Nos. 63, 65. Accordingly,

1. Plaintiff's request for leave to file a motion requesting consolidation and a stay is GRANTED.
2. By **October 14, 2022**, Plaintiff shall file its motion.
3. By **October 28, 2022**, Defendant shall file its opposition.
4. By **November 4, 2022**, Plaintiff shall file its reply, if any.

    The Clerk of Court is directed to terminate the motion at ECF No. 65.

    SO ORDERED.

Dated: September 23, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge