USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/30/2022___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOFFMAN INTERNATIONAL, INC,

        Plaintiff,

-against-

TEREX USA, LLC and TEREX GLOBAL GMBH,

        Defendants.

20 Civ. 8461 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendants' motion to dismiss dated December 29, 2022. *See* ECF Nos. 86–89. Accordingly:

1. By **January 13, 2023**, Plaintiff shall file its opposition; and
2. By **January 20, 2023**, Defendants shall file their reply, if any.

    SO ORDERED.

Dated: December 30, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge